IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

DOCKET NO. 5:09CR14

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **FINAL** |
| v. | ) | **ORDER OF FORFEITURE** |
| | ) | |
| (1) AMADEO RODRIGUEZ-MONTERO, | ) | |
| | ) | |
| Defendant. | ) | |

On July 10, 2009, this Court entered a Preliminary Order of Forfeiture pursuant to 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2(b), based upon the defendant's plea of guilty to Count One of the Bill of Indictment. In Count One, the defendant was charged with possession of a firearm by an alien being illegally and unlawfully in the United States, in violation of 18 U.S.C. § 922(g)(5) and 2.

On June 3, 2009 through July 2, 2009, the United States posted on an official government internet site (www.forfeiture.gov), for at least 30 consecutive days, notice of this forfeiture and of the intent of the United States to dispose of the forfeited property in accordance with law, and further notifying all third parties of their right to petition the Court within thirty days for a hearing to adjudicate the validity of any alleged legal interest in the property. It appears from the record that no such claims have been filed.

It is therefore ORDERED:

In accordance with Rule 32.2(c)(2), the Preliminary Order of Forfeiture is confirmed as final. All right, title, and interest in **the following properties**, whether real, personal, or mixed, has

1

therefore been forfeited to the United States for disposition according to law:

- **One Ruger Carbine 10/22, .22LR caliber rifle, s/n 125-35861, with ammunition**
- **One Norinco model SKS, 7.62x39 caliber rifle, s/n 21001736B, with ammunition**

Signed: November 24, 2009

Richard L. Voorhees
United States District Judge